IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50985
Summary Calendar

_____

INA FAYE RIVERAS,

                                        Plaintiff-Appellant,

versus


JACK MARKUM; RANDY BLAND;
KAREN BROWN; SYLVIA NANCE,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Texas
(W-00-CV-277)
--------------------
May 30, 2002

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Plaintiff-Appellant Ina Faye Riveras, Texas prisoner # 591789,

appeals the dismissal of her 42 U.S.C. § 1983 complaint against the

Defendants-Appellees for failure to state a claim.  Asserting that

she was entitled to summary judgment, Riveras contends that the

district court should have exercised supplemental jurisdiction over

her state-law tort claim grounded in intentional infliction of

emotional distress, and that her claim for the defendants'

---
     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

confiscation of her property constitutes an issue of constitutional magnitude. Riveras contends that her claims were properly raised in a § 1983 suit and that the district court should have granted her requested injunctive remedy of expunging the disciplinary convictions.

We have conducted a *de novo* review of the record and conclude that Riveras' factual allegations, even if accepted as true, are insufficient to maintain a claim for § 1983 relief. See Heck v. Humphrey, 512 U.S. 477, 486-87 (1994); Green v. Polunsky, 229 F.3d 486, 488 (5th Cir. 2000); Moore v. Carwell, 168 F.3d 234, 236 (5th Cir. 1999); Clarke v. Stalder, 154 F.3d 186, 189 (5th Cir. 1998)(en banc); Murphy v. Collins, 26 F.3d 541, 543 (5th Cir. 1994); Noble v. White, 996 F.2d 797, 799 (5th Cir. 1993).

AFFIRMED.

S:\OPINIONS\UNPUB\01\01-50985.0.wpd
4/29/04  7:00 pm